

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2021

No. 04-20-00445-CV

Jimmy **WILLIAMS** and Cheryl Williams,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY**, and its Officers and Directors,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Lori. I. Valenzuela, Justice

On November 17, 2021, appellants filed a "Motion and Request for Relief Pursuant to Rule 29.3, Texas Rule of Appellate Procedure." The motion is DENIED.

It is so **ORDERED** November 19, 2021.

**PER CURIAM**

ATTESTED TO: _____
     MICHAEL A. CRUZ,
     CLERK OF COURT